# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUELI PURCELL, | Case No. 2:19-cv-02029-WBS-KJN |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-02029-WBS-KJN, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates set in this matter are vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: December 30, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

172471.1

Case No. 2:19-cv-02029-WBS-KJN
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE